IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

U.S. BANK NATIONAL ASSOCIATION,

    Plaintiff,                    NO. 2:12-cv-2864 GEB GGH PS

  vs.

ROTONDA R. LLOPIS, et al.,

    Defendants.            ORDER

_____/

On November 29, 2012, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. Objections were filed and they were considered by the district judge.[1]

This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); <u>McDonnell Douglas Corp. v.</u>

---

[1] The December 12, 2012 filing styled "Opposition to Magistrate Judge's Findings and Recommendations," which is construed as objections, contains no substance but states only that a "more substantial opposition" will be filed forthwith. On January 2, 2013, defendant Rotonda Llopis filed a document entitled "addendum to opposition to magistrate judge's findings and recommendations," which may be construed as objections, albeit untimely.

1

Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the November 29, 2012 Findings and Recommendations in full.  Accordingly, IT IS ORDERED that:

1. This action is remanded to the Solano County Superior Court;

2. The Clerk is directed to serve a certified copy of this order on the Clerk of the Solano County Superior Court, and reference the state case number (FCM 122581) in the proof of service; and

3. The Clerk is directed to close this case.

Dated:  January 16, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge